AO 442 (Rev. 11/11) Arrest Warrant

11747967

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM3:35
RECEIVED DEC 16 '24

United States of America
v.

Jean Robert Casimir,

*Defendant*

) Case: 1:24-mj-00382
) Assigned To : Magistrate Judge Zia M. Faruqui
) Assign. Date : 12/16/2024
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jean Robert Casimir ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

1. 18 U.S.C. § 371 (Conspiracy);
2. 50 U.S.C. § 4819 (Export Control Reform Act or "ECRA"); and
3. 18 U.S.C. § 554 (Smuggling).

Date: 12/16/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/16/2024 , and the person was arrested on *(date)* 12/18/2024
at *(city and state)* Ft. Lauderdale, FL .

Date: 12/18/2024

*Arresting officer's signature*

Keith Sprinkle , DUSM
*Printed name and title*